# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Victoria Vorva,

            Plaintiff,        Case No. 19-10682

v.                                  Judith E. Levy
                                  United States District Judge
Commissioner of Social Security,

                                  Mag. Judge David R. Grand

           Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [16]

Before the Court is Magistrate Judge David Grand's Report and Recommendation recommending the Court DENY the Commissioner's Motion for Summary Judgment (ECF No. 15); GRANT IN PART Vorva's Motion for Summary Judgment (ECF No. 13) to the extent that it seeks remand; DENY IN PART Vorva's Motion for Summary Judgment (*id.*) to the extent that it seeks an award of benefits; and REMAND this case to the Administrative Law Judge for further proceedings consistent with this Recommendation.

The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No

objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 16) is ADOPTED;

The Commissioner's Motion for Summary Judgment (ECF No. 15) is DENIED; and

Vorva's Motion for Summary Judgment (ECF No. 13) is GRANTED IN PART AND DENIED IN PART.

This case is hereby REMANDED to the Administrative Law Judge for further proceedings consistent with this opinion.[1]

IT IS SO ORDEREDIT IS SO ORDERED.

| | |
|---|---|
| Dated: March 2, 2020<br>Ann Arbor, Michigan | s/Judith E. Levy<br>JUDITH E. LEVY<br>United States District Judge |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record and/or pro se parties on this date, March 2, 2020, using the Electronic Court Filing system and/or first-class U.S. mail.

s/William Barkholz<br>Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Archibald*, 589 F.3d 289, 295–96 (6th Cir. 2009).